

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     *Rescue Concepts, Inc. v. HouReal Corporation*

Appellate case number:   01-20-00553-CV

Trial court case number: 2014-71749

Trial court:             270th District Court of Harris County

Date motion filed:       September 12, 2022

Party filing motion:     Appellee/Cross-Appellant

        It is ordered that the motion for en banc reconsideration is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/  April L. Farris
                ☐ Acting Individually ☒  Acting for the Court

The En Banc Court consists of: Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date:  <u>November 22, 2022</u>